UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| **Case No.:** | 2:25-cv-7245-JWH-BFM | **Date:** | September 22, 2025 |

**Title:** *Paul M. P. v. Frank Bisignano*

================================================================

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause**

On August 6, 2025, Plaintiff, who represents himself in this matter, filed his Complaint. (ECF 1.) On August 12, 2025, the District Judge ordered Plaintiff to re-file his Complaint, filling out Sections II and III, which were left blank on his original submission. (ECF 9.) Plaintiff failed to do so within the 30 day deadline set by the Court.

Accordingly, **no later than October 21, 2025**, Plaintiff is **ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of Plaintiff's completed complaint **on or before October 21, 2025**, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to respond to this Order to Show Cause on or before October 21, 2025, may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

Plaintiff is advised that the Los Angeles Federal Pro Se Clinic offers information and guidance to individuals who are representing themselves in federal civil actions. The Clinic is located in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**Case No.:**   2:25-cv-7245-JWH-BFM   **Date:**   September 22, 2025

**Title:**   *Paul M. P. v. Frank Bisignano*

================================================================

and operates **by appointment only**. You may schedule an appointment either by calling the Clinic at (213) 385-2977, ext. 270, or by submitting an on-line request for services at the following site: http://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**

cc:   Paul M.P., pro se
      Counsel of record


Initials of Preparer:   ch