UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:25-cv-07245-JWH-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, after reviewing the Magistrate Judge's Report and Recommendation and record in this matter, the Court hereby **ORDERS** as follows:

1. The recommendations of the Magistrate Judge are **ACCEPTED**.

2. Judgment will be entered **DISMISSING** this action **without prejudice** pursuant to Rule 41(b) of Federal Rules of Civil Procedure for failure to prosecute and comply with Court orders.

3. The Clerk of Court is **DIRECTED** to close this action.

**IT IS SO ORDERED.**

Dated:  January 13, 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2