1

2                                                                          JS-6

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10   PAUL M.P.                          Case No. 2:25-cv-07245-JWH-BFM

11              Plaintiff,

12        v.                            **JUDGMENT**

13   FRANK BISIGNANO,
     Commissioner of Social Security,
14
                Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Order accepting the Magistrate Judge's Report and

2  Recommendation,

3    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the

4  action is **DISMISSED without prejudice** pursuant to Rule 41(b) of the

5  Federal Rules of Civil Procedure for failure to prosecute and comply with

6  Court orders.

7    **IT IS SO ORDERED.**

8

9  Dated:  January 13, 2026

10                                                          Honorable John W. Holcomb
                                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28